**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    David Herbig, Trustee of the Welch Family Trust C v. Jeanne Manry Welch, Trustee of the Welch Manry Family Trust

Appellate case number:    01-22-00080-CV

Trial court case number:    2020-07680

Trial court:    164th District Court of Harris County

Appellant, David Herbig, Trustee of the Welch Family Trust C, has filed a "Request for Extension to File Appellate Record." According to the Court's records, the appellate record was due to be filed by March 9, 2022. *See* TEX. R. APP. P. 35.1. The clerk's record was timely filed on March 9, 2022. However, no reporter's record was filed by the deadline. Appellant filed his motion for extension on March 9, 2022, stating that he "did not make a formal request [for the preparation of the reporter's record] until March 7, 2022," and as such, "it is anticipated that the court reporter may need additional time" to file the reporter's record. *See* TEX. R. APP. P. 34.6(b); 35.3(b), (c).

As of the date of this order, the court reporter responsible for preparing the reporter's record has not informed the Court that an extension for filing the reporter's record is necessary. *See* TEX. R. APP. P. 35.3(c) ("The appellate court may extend the deadline to file the record if requested by the clerk or reporter."). However, because appellant did not make a "formal request" for the preparation of the reporter's record until March 7, 2022, appellant's motion anticipates that the court reporter would be unable to file the reporter's record by the deadline for filing the appellate record.

Appellant's motion includes a certificate of conference representing that appellee, Jeanne Manry Welch, Trustee of the Welch Manry Family Trust, is not opposed to the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5); 10.3(a)(2). Appellant's motion is **granted**. *See* TEX. R. APP. P. 35.3(c) ("The appellate court may enter any order necessary to ensure the timely filing of the appellate record."). The deadline to file the reporter's record is extended to **April 8, 2022**.

To the extent the reporter's record is not timely filed by the extended deadline, the Court may require appellant to file his brief and can consider and decide the appeal on

those issues or points that do not require a reporter's record for a decision.  *See* TEX. R. APP. P. 37.3(c).

It is so ORDERED.


Judge's signature: ____/s/ Amparo Guerra_____

☑ Acting individually    ☐ Acting for the Court


Date: ___March 17, 2022___